

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    NO. 19-mj-30643

DONEL A. GREEN,

    Defendant.
_____/

FILED
DEC 10 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant Donel A. Green to answer to charges pending in another federal district, and states:

1. On or about December 10, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of North Dakota based on an Indictment. Defendant is charged in that district with 21 USC §§841(a)(1), 841(b)(1)(C), and 846; and 18 USC § 2 -

1

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, Possession with Intent to Distribute Oxycodone, and Aiding and Abetting.

2.     Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew Schneider
United States Attorney

Brandon Helms
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI    48226-3211
Brandon.helms@usdoj.gov
(313) 226-9639

Date:   December 10, 2019